| Attorney or Party without Attorney:<br>ROBERT A. RIVAS (SBN 196744)<br>WOLF, RIFKIN SHAPIRO, SCHULMAN & RABKIN, LLP<br>11400 West Olympic Blvd, 9th Floor<br>Los Angeles, CA 90064<br>Telephone No:   310-478-4100 | For Court Use Only |
|---|---|
| Attorney For:   Plaintiff    *Ref. No. or File No.:*<br>22861-005 | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   Roar Spirits, LLC, a Delaware limited liability company
Defendant:   Gildardo Partida, LLC, a California limited liability company, et al

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>26-cv-02807-JLS-JLB |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3.    a.   *Party served:*    STOLLER IMPORTS, INC., an Illinois corporation
   b.   *Person served:*   Jeralyn H. Baran, Partner
                         served under F.R.C.P. Rule 4.

4. *Address where the party was served:*    500 West Madison Street Suite 3700, Chicago, IL 60661

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, May 11 2026 (2) at: 12:20 PM

6. **Person Who Served Papers:**
   a. Kyle Clutter                                   **d.** *The Fee for Service was:* $531.40
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

05/12/2026
(Date)                                                (Signature)

**FL** FIRST LEGAL

**PROOF OF SERVICE**

*15856791*
*(17761724)*