ROBERT A. RIVAS (State Bar No. 196744)
    rrivas@wrslawyers.com
PAULO A. DE ALMEIDA (State Bar No. 279168)
    pdealmeida@wrslawyers.com
BENJAMIN J. MANDEL (State Bar No. 342091)
    bmandel@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:   (310) 478-4100
Facsimile:    (310) 479-1422

Attorneys for Plaintiff,
ROAR SPIRITS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROAR SPIRITS, LLC, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>    vs.<br><br>GILDARDO PARTIDA, LLC, a California limited liability company; and STOLLER IMPORTS, INC., an Illinois corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 3:26-cv-02807-JLS-JLB<br><br>**NOTICE OF APPEARANCE OF COUNSEL BENJAMIN J. MANDEL FOR PLAINTIFF ROAR SPIRITS, LLC**<br><br>Judge:   Hon. Janis L. Sammartino<br><br><br><br>Trial Date:         None |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Benjamin J. Mandel of the law offices of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, hereby enters his appearance as counsel of record for Plaintiff ROAR SPIRITS, LLC, a limited liability company organized and existing under the laws of Delaware ("Roar").  Mr. Mandel is a member in good standing with the State Bar of California and is admitted to practice

7071003.1                                        -1-                       Case No. 3:26-CV-02807-JLS-JLB
NOTICE OF APPEARANCE OF COUNSEL

in the United States District Court, Southern District of California.  His contact information is as follows:

Benjamin J. Mandel, Esq.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

11400 West Olympic Boulevard, 9th Floor

Los Angeles, California 90064

Telephone: (310) 478-4100

Facsimile: (310) 479-1422

E-mail: bmandel@wrslawyers.com

Other counsel of record for Roar shall remain as counsel of record to be noticed.

DATED:  June 11, 2026                     WOLF, RIFKIN, SHAPIRO,
                                          SCHULMAN & RABKIN, LLP


By:  */s/ Benjamin J. Mandel*
     BENJAMIN J. MANDEL
     Attorneys for Plaintiff ROAR SPIRITS, LLC

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 11400 West Olympic Boulevard, 9th Floor, Los Angeles, CA 90064-1582.

On June 11, 2026, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF COUNSEL BENJAMIN J. MANDEL FOR PLAINTIFF ROAR SPIRITS, LLC** on the interested parties in this action as follows:

| | |
|---|---|
| **VIA CM/ECF**<br>Joseph A. Mandour, III, Esq.<br>Ben T. Lila, Esq.<br>**MANDOUR & ASSOCIATES, APC**<br>16870 West Bernardo Drive, Suite 400<br>San Diego, California 92127<br>Telephone: (858) 487-9300<br>Email: imandour@mandourlaw.com | *Counsel for Defendant,*<br>STOLLER IMPORTS, INC. |
| **VIA OVERNIGHT MAIL**<br>Gildardo Partida, LLC<br>c/o Lucas A. Perez, agent for service<br>74 Cyclamen Ct<br>San Jose. California 95111-3913 | *Defendant,*<br>GILDARDO PARTIDA, LLC |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by email or by other means permitted by the court rules.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 11, 2026, at Los Angeles, California.

_____
John Narcise