MANDOUR & ASSOCIATES, APC
Joseph A. Mandour, III (SBN 188896)
Ben T. Lila (SBN 246808)
MANDOUR & ASSOCIATES, APC
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (858) 487-9300
Email: jmandour@mandourlaw.com
Attorneys for Defendants,
Stoller Imports, Inc. and Gildardo Partido LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROAR SPIRITS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> GILDARDO PARTIDA, LLC, a California limited liability company; and STOLLER IMPORTS, INC., an Illinois corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | ) **Civil Case No. 3:26-cv-02807-JLS-JLB** <br> ) <br> ) **NOTICE OF APPEARANCE OF** <br> ) **COUNSEL OF GORDON E. GRAY** <br> ) **FOR DEFENDANTS STOLLER** <br> ) **IMPORTS, INC. AND GILRDARDO** <br> ) **PARTIDA, LLC** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

\\

\\

\\

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY, PLEASE TAKE NOTICE:

Gordon E. Gray (CA SBN 175209) hereby appears as counsel in the above-captioned action for Defendants Stoller Imports, Inc. and Gildardo Partido LLC.

Respectfully submitted,

Mandour & Associates, APC

Dated: June 29, 2026

s/ Gordon E. Gray
Gordon E. Gray (SBN 246808)
Email: ggray@mandourlaw.com
Attorneys for defendants,
Stoller Imports, Inc. and Gildardo Partido LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing document via the Court's CM/ECF Filing System, which will serve electronic notice of the same on the following:

Robert A. Rivas (State Bar No. 196744)
rrivas@wrslawyers.com
Paulo A. De Almeida (State Bar No. 279168)
pdealmeida@wrslawyers.com
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Boulevard, 9th floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Dated: June 29, 2026                            _____/s Gordon E. Gray_____
                                                Gordon E. Gray
                                                Email: ggray@mandourlaw.com

Civil Case No. 3:26-cv-02807-JLS-JLB
NOTICE OF APPEARANCE OF COUNSEL OF GORDON E. GRAY FOR DEFENDANTS STOLLER IMPORTS, INC. AND GILRDARDO PARTIDA, LLC
-3-